UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONALD LEE CANADA,

    Plaintiff,

v.

CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION,

    Defendant.

Case No. 17-cv-03537-JST (PR)

**ORDER OF TRANSFER**

Ronald Lee Canada, an inmate at Kern Valley State Prison, filed this pro se civil rights action under 42 U.S.C. § 1983, complaining about events and omissions that took place at the California Medical Facility in Vacaville, where he was previously housed. Vacaville is in Solano County, which is within the venue of the Eastern District of California. Plaintiff also requests mental health treatment from the California Department of Corrections and Rehabilitation and the California Department of State Hospitals, both of which are headquartered in Sacramento, California, which is also in the Eastern District.

No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District of California. Venue therefore would be proper in the Eastern District of California and not in this one. See 28 U.S.C. § 1391(b). Accordingly, in the interests of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk shall transfer this matter.

**IT IS SO ORDERED.**

Dated: June 27, 2017

                                                  JON S. TIGAR
                                                United States District Judge